UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ALAN BREWER,<br><br>Petitioner,<br><br>v.<br><br>FCI MENDOTA WARDEN,<br><br>Respondent. | No. 1:24-cv-00918-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO RELATE CASES AND MOTION TO DISMISS, GRANTING RESPONDENT'S MOTION TO SET NEW BRIEFING SCHEDULE, GRANTING PETITIONER'S MOTION TO AMEND, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE<br><br>(Docs. 5, 6, 8) |

Petitioner Stephen Alan Brewer is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2024, the assigned magistrate judge issued findings and recommendations recommending that respondent's motions to relate cases and to dismiss be denied as moot, respondent's motion to set new briefing schedule be granted, and petitioner's motion to amend be granted. Doc. 8. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days of the date of service. *Id.* To date, no objections have been filed, and the time for doing so has passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on December 4, 2024, Doc. 8, are ADOPTED in full;
2. Respondent's motion to relate cases and motion to dismiss, Doc. 5, are DENIED as moot;
3. Respondent's motion to set new briefing schedule, Doc. 5, is GRANTED;
4. Petitioner's motion to amend, Doc. 6, is GRANTED; and
5. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   February 10, 2025

UNITED STATES DISTRICT JUDGE

2