# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ALAN BREWER,<br><br>Petitioner,<br><br>v.<br><br>FCI MENDOTA WARDEN,<br><br>Respondent. | Case No. 1:24-cv-00918-KES-EPG-HC<br><br>ORDER DIRECTING THE CLERK OF COURT TO UPDATE PETITIONER'S BOP REGISTER NUMBER AND ADDRESS<br><br>ORDER DIRECTING THE CLERK OF COURT TO SEND FINDINGS AND RECOMMENDATIONS (ECF No. 8), ORDER ADOPTING (ECF No. 9), AND ORDER TO RESPOND (ECF No. 11) TO PETITIONER'S NEW ADDRESS |

Petitioner Stephen Alan Brewer is a federal prisoner proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Per the First Amended Petition, Petitioner's correct Federal Bureau of Prisons ("BOP") Register Number is 78415-097 and his mailing address is FCI Mendota, P.O. Box 9, Mendota, California 93640. (ECF No. 10 at 1.)

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to update Petitioner's information to reflect that Petitioner's BOP Register Number is 78415-097 and his mailing address is FCI Mendota, P.O. Box 9, Mendota, California 93640; and

///

///

1

2. The Clerk of Court is DIRECTED to mail copies of the findings and recommendation (ECF No. 8), order adopting (ECF No. 9), and order to respond (ECF No. 11) to Petitioner's updated address.

IT IS SO ORDERED.

Dated:  **March 12, 2025**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2