UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHAN ALAN BREWER,<br><br>Petitioner,<br><br>v.<br><br>FCI MENDOTA WARDEN,<br><br>Respondent. | No.  1:24-cv-00918-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, TERMINATING RESPONDENT'S MOTION TO DISMISS<br><br>Docs. 14, 16 |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations that recommended denying the first amended petition and terminating respondent's motion to dismiss. Doc. 16.  The findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within thirty (30) days after service.  To date, no objections have been filed, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the file, the court holds the findings and recommendations to be supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required

1

because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681–82 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly:

1.  The findings and recommendations issued on August 18, 2025, Doc. 16, are adopted in full;

2.  The first amended petition for writ of habeas corpus, Doc. 10, is denied;

3.  Respondent's motion to dismiss, Doc. 14, is terminated; and

4.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    February 22, 2026

_____
UNITED STATES DISTRICT JUDGE